**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**MARTINSBURG**

**RICHARD ASHBAUGH,**

        Petitioner,

v.                                 **CIVIL ACTION NO. 3:14-CV-31**
                                 **CRIMINAL ACTION NO. 3:05-CR-60-1**
                                 **(BAILEY)**

**UNITED STATES OF AMERICA,**

        Respondent.

## ORDER DISMISSING PETITION

On this day, the above-styled matter came before the Court for consideration of the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody [Civ. Doc. 1 / Crim. Doc. 112], the Emergency Motion to Correct Sentence Under 28 U.S.C. § 2255 [Civ. Doc. 2 / Crim. Doc. 113], the Government's Motion to Dismiss Petition [Crim. Doc. 119], and the petitioner's Reply to the Government's Motion to Dismiss [Crim. Doc. 129], which is docketed as a Motion for Resentencing, Motion for Evidentiary Hearing, and Motion to File Under § 2244 for Second or Successive Application to the Fourth Circuit Court of Appeals.

On October 25, 2007, this Court adopted the magistrate judge's Report and Recommendation [Crim. Doc. 100], thereby denying and dismissing the petitioner's § 2255 petition.  As previously noted, the petitioner filed a second § 2255 on March 12, 2014 [Doc. 112].  Subsequently, the petitioner filed a motion under § 2244 for a second or successive application with the Fourth Circuit Court of Appeals [Crim. Doc. 129].  This Court finds this

matter is now properly before the Appellate Court for consideration. If granted the requested relief to file a second or successive § 2255 petition, the petitioner must do so in a new action.

Accordingly, this Court hereby **DENIES** the § 2255 petition **[Civ. Doc. 1 / Crim. Doc. 112]**, the Emergency Motion to Correct Sentence Under 28 U.S.C. § 2255 **[Civ. Doc. 2 / Crim. Doc. 113]**, the Government's Motion to Dismiss Petition **[Crim. Doc. 119]**, and the petitioner's Reply to the Government's Motion to Dismiss **[Crim. Doc. 129]**. Accordingly, the Court hereby **DIRECTS** the Clerk to **DISMISS** this action **WITHOUT PREJUDICE** and to **STRIKE** it from the active docket of this Court.

It is so **ORDERED**.

The Clerk is directed to transmit by certified mail a copy of this Order to any counsel of record and the *pro se* petitioner.

**DATED:** July 3, 2014.

JOHN PRESTON BAILEY
CHIEF UNITED STATES DISTRICT JUDGE